

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2020

<u>By ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Yoel Abraham, et al.,* **20 Cr. 411 (RA)**

Dear Judge Abrams:

      I write on behalf of all parties to request an adjournment to the status conference currently scheduled for November 20, 2020. The production of discovery is ongoing and two of four defendants recently retained new counsel. Accordingly, the parties jointly request that the next conference be adjourned until January 22, 2020, at 10:30 a.m. All defense counsel consent to the exclusion of time under the Speedy Trial Act.

Application granted. The status conference is adjourned to January 22, 2021 at 10:30 a.m. Time is excluded until January 22, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
11/18/2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Jilan J. Kamal
Assistant United States Attorney
(212) 637-2192

cc: All counsel by ECF