# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOEL ABRAHAM,<br><br>        Defendant. | Case 1:20-cr-00411-RA |

**ORDER ON MOTION FOR PERMISSION FOR KEVIN T. CONWAY, ESQ. TO WITHDRAW AS COUNSEL TO THE DEFENDANT**

THIS CAUSE came before the Court upon Motion for Permission for Kevin T. Conway, Esq. to Withdraw as Counsel to the Defendant (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Motion is granted. Counsel is hereby withdrawn as counsel to the Defendant.

SO ORDERED this 18th day of November, 2020.

By: _____
**UNITED STATES DISTRICT JUDGE**