**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

January 20, 2021

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The conference is adjourned to March 25, 2021 at 11:00 a.m. Time is excluded until March 25, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 21, 2021

Re:   *United States v. Yoel Abraham, et al.,*
      20-Cr-411 (RA)

Dear Judge Abrams:

    This firm represents Heshl Abraham one of the defendants in the above-referenced matter. The Court previously rescheduled a status conference in this matter for this Friday, January 22 at 10:30 AM.  I have conferred with both counsel for the government and for all the other defendants and all parties consent to a 2-month adjournment of the upcoming conference.  The government is still in the process of producing the voluminous electronic discovery and anticipates that it needs an additional three months to finish its production.  A conference in two months will allow the parties and the Court to confirm that the government's projection is still on track.

    Accordingly, on behalf of all parties I am writing to request an adjournment of the January 22, 2021 conference until March 25, 2021 at 11:00 AM.  All defendants consent to the exclusion of the speedy trial time from January 22 until March 25, 2021.

Respectfully submitted,

Steven Y. Yurowitz

cc:   AUSA Jilan Kamal (by ECF)
      All defense counsel (by ECF)