USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOEL ABRAHAM, et al,<br><br>Defendant. | No. 20-CR-411<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Friday, October 1, 2021 at 11:00 a.m. To access the proceeding, use the following dial-in information: Dial-In Number: 888-363-4749; Access Code: 1015508

SO ORDERED.

Dated:   September 28, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge