# SHER TREMONTE LLP

March 21, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        **Re:**    *United States v. Yoel Abraham, et al.*, 20-CR-411

Dear Judge Abrams:

      We represent Yoel Abraham, a defendant in the above-referenced matter. We write on behalf of all the defendants, and with the consent of the government, to respectfully request an adjournment of the deadline for our response to the government's motion to quash the defendants' subpoena to Amazon, from March 22, 2022 to April 1, 2022. We are in discussions with the government as to whether the parties can reach agreement on certain of the requests in the subpoena, and the additional time is needed to facilitate those discussions. We appreciate the Court's consideration.

                                    Respectfully submitted,

                                      /s/
                                    Justine A. Harris
                                    Noam Biale

                                    *Attorneys for Yoel Abraham*

CC: All counsel by ECF

                                    Application granted.

                                    SO ORDERED.

                                    Hon. Ronnie Abrams
                                    03/22/2022