# SHER TREMONTE LLP

June 15, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to July 29, 2022 at 3:30 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 15, 2022

      **Re:**    *United States v. Yoel Abraham, et al.*, 20-CR-411

Dear Judge Abrams:

      We represent Yoel Abraham, a defendant in the above-referenced matter. We write on behalf of all the defendants, and with the consent of the government, to respectfully request a 30-day adjournment of the status conference currently scheduled for June 24, 2022. Since our last court appearance, the defendants have successfully served their Rule 17(c) subpoena and have engaged in productive conversations with Amazon about what documents to produce. We expect to receive a first production of documents from Amazon within the next week, with an additional production to follow. The additional time is needed to allow defendants to receive and review the production and determine whether additional motion practice in response to the subpoena will be necessary. We appreciate the Court's consideration.

      Respectfully submitted,

      /s/ _____
      Justine A. Harris
      Noam Biale
      Maya Brodziak

      *Attorneys for Yoel Abraham*

CC: All counsel by ECF