# SHER TREMONTE LLP

July 25, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Yoel Abraham, et al.*, 20-CR-411

Dear Judge Abrams:

    We represent Yoel Abraham, a defendant in the above-referenced matter. We write on behalf of all the defendants, and with the consent of the government, to respectfully request a 30-day adjournment of the status conference currently scheduled for July 29, 2022. Since our last adjournment request, we have continued productive conversations with Amazon about its response to our Rule 17(c) subpoena. We have received an initial production but are still awaiting additional responsive material. Our understanding is that Amazon has been delayed in collecting this additional material because it has not been collected previously. The additional requested time is needed to allow defendants to receive and review this additional production and determine whether additional motion practice in response to the subpoena will be necessary.

    We appreciate the Court's consideration.

Application granted. The conference is
adjourned to August 31, 2022 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 26, 2022

Respectfully submitted,

/s/
Justine A. Harris
Noam Biale
Maya Brodziak

*Attorneys for Yoel Abraham*

CC: All counsel by ECF