USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YOEL ABRAHAM; HESHL ABRAHAM; ZISHE ABRAHAM and SHMUEL ABRAHAM,

                Defendants.

No. 20-CR-411

ORDER

---

RONNIE ABRAMS, United States District Judge:

       Due to a scheduling conflict, the conference scheduled for August 31, 2022 is rescheduled to September 9, 2022 at 10:30 a.m. and will be held in Courtroom 1506.

SO ORDERED.

Dated:    August 30, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge