

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

November 21, 2022

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 28, 2022

Re: *United States v. Zishe Abraham*, **20-CR-411 (RA)**

Dear Judge Abrams:

We represent defendant Zishe Abraham in the above-referenced matter. We write on behalf of all defendants to request a two-week adjournment of the deadline for the defendants to file pretrial motions, as well as a concomitant adjournment of the remaining opposition and reply deadlines as follows:

| **Filing** | **Current Date** | **Requested Date** |
|---|---|---|
| Pretrial Motions | December 2, 2022 | December 16, 2022 |
| Oppositions | January 6, 2023 | February 3, 2023 |
| Replies | January 20, 2023 | February 17, 2023 |

This additional time is necessary to accommodate several defense counsel's trial schedules in other cases, and provides sufficient time for the Court to rule on the motions prior to the July 31, 2023 trial.

We have conferred with counsel for all defendants who join this request, and with counsel for the government (AUSA Jilan Kamal) who consents to this adjournment.

Respectfully submitted,

     /s/ IH
_____
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Zishe Abraham*