UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YOEL ABRAHAM, HESHIL ABRAHAM,
ZISHE ABRAHAM, and SHMUEL ABRAHAM,

Defendants.

20-CR-411 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 20, 2022, Defendant Yoel Abraham moved to suppress certain evidence, or, in the alternative, for an evidentiary hearing.  Dkt. 99.  Attached to his motion, and detailed in the accompanying declaration by his counsel, Justine Harris, were six exhibits.  All but Exhibit E were marked by Defendant as "redacted" and thus not uploaded to the public docket.  Dkt. 99-3 (Ex. A), 99-4 (Ex. B), 99-5 (Ex. C), 99-6 (Ex. D), 99-8 (Ex. F), 99-9 (Ex. G).

No later than January 11, 2023, Defendant Yoel Abraham shall file a motion to seal, articulating why redacting or sealing the exhibits is narrowly tailored to serve whatever purpose justifies the redaction or sealing, and why doing so is consistent with the presumption in favor of public access to judicial documents.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).  Should the government wish to respond, it may do so within one week of the filing of Defendant's motion.

SO ORDERED.

Dated:      January 5, 2023
            New York, New York

Hon. Ronnie Abrams
United States District Judge