

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2023

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Yoel Abraham, et al.*, 20 Cr. 411 (RA)

Dear Judge Abrams:

The Government respectfully requests an adjournment of its deadline to respond to the defendants' various pre-trial motions, which is currently scheduled for February 3, 2023. Defense counsel for all defendants consents to this request. The parties are contemplating a global resolution to the matter. Accordingly, the Government requests that its deadline to respond to the defendants' motions be adjourned until March 10, 2023, which will permit the parties' negotiations to conclude. Time has already been excluded under the Speedy Trial Act until July 31, 2023. (*See* May 10, 2022, oral order).

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
1/30/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jilan J. Kamal
Assistant United States Attorney
(212) 637-2192

cc: All counsel by ECF