

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2023

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Yoel Abraham, et al.,* 20 Cr. 411 (RA)

Dear Judge Abrams:

  The Government writes on behalf of all parties to respectfully request that the Court adjourn the Speed Trial Act deadline to September 22, 2023. The parties are finalizing the financial aspects of a global resolution which, owing to the complexities of the offense and the evidence, has been protracted. Accordingly, the parties jointly propose to exclude time under the Speedy Trial Act until September 21, 2023. Time had previously been excluded until July 31, 2023. (*See* May 10, 2022, oral order).

                 Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

Application granted.

SO ORDERED.       By: _____
                  Jilan J. Kamal
                  Assistant United States Attorney
_____    (212) 637-2192
Hon. Ronnie Abrams
United States District Judge
8/1/2023

                 cc: All counsel by ECF