# SHER TREMONTE LLP

September 22, 2023

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

A change of plea hearing is scheduled for October 16, 2023 at 12:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 26, 2023

      **Re:**    *United States v. Abraham*, 20 Cr. 411 (RA)

Dear Judge Abrams:

    We represent Yoel Abraham in the above-referenced matter. We write to request that the Court schedule a change of plea hearing for Mr. Abraham. Because of the Jewish holidays, we respectfully request that the hearing be scheduled on a date convenient for the Court in mid- to late-October.

                Respectfully submitted,

                /s/Noam Biale
                Justine A. Harris
                Noam Biale

                *Attorneys for Yoel Abraham*

cc:    All counsel of record (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156