

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2023

Application granted.

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 18, 2023

Re:   *United States v. Yoel Abraham, et al.,* **20 Cr. 411 (RA)**

Dear Judge Abrams:

      The Government writes to respectfully request that the Court adjourn the Speedy Trial Act deadline from October 10, nunc pro tunc, to October 26, 2023.  As the Court is aware, three of four defendants in the above-captioned matter were scheduled to enter pleas of guilty on or about October 10, a date adjourned by the Court.  Counsel for Yoel Abraham and Shmuel Abraham have both consented to the exclusion of time; counsel for Heshl Abraham could not be reached after multiple attempts.  Time had previously been excluded until September 21, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jilan J. Kamal
Assistant United States Attorney
(212) 637-2192

cc:  All counsel by ECF