

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 27, 2024

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Yoel Abraham et al.,* **20 Cr. 411 (RA)**

Dear Judge Abrams:

    The Government writes on behalf of the parties to respectfully request that the Court adjourn the sentencing proceedings of all four defendants—currently scheduled for March 14 and 17, 2024—to a date convenient for the Court in early-to-mid May.[1]

    Counsel for defendants Heshl Abraham and Zishe Abraham specifically request the adjournment because each has a trial that conflicts with the current sentencing dates. The Government seeks an adjournment because the victim is currently preparing a victim impact statement, which will address the issues of loss and restitution, but it is not yet finalized. All four defendants intend to contest and present arguments regarding restitution, which is joint and several in this matter. An adjournment will permit the Court to resolve any issues and arguments regarding loss or restitution efficiently and consistently. Counsel for Yoel Abraham and Shmuel Abraham do not oppose the request.

---

[1] A date in early to mid-May would accommodate the March and April trial schedules of both defense counsel and counsel for the Government.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

By:      _____
           Jilan J. Kamal
           Assistant United States Attorney
           (212) 637-2192

cc: All counsel by ECF

Application granted. The sentences are adjourned as follows:
Yoel Abraham-May 31, 2024 at 10:00 a.m.;
Shmuel Abraham-May 31, 2024 at 10:45 a.m.;
Zishe Abraham-May 31, 2024 at 11:30 a.m.;
and Heshl Abraham-May 31, 2024 at 12:15.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 28, 2024

2