UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YOEL ABRAHAM,

Defendant.

20-CR-411 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Defendant's sentencing scheduled for May 31, 2024 is hereby adjourned to June 18, 2024 at 11:00 a.m. No later than June 5, 2024, the Government shall submit a letter to the Court explaining, with relevant records:

- how it calculated the intended loss figure and why that figure differs from the PSR,
- how it calculated the forfeiture figure, and
- how it calculated the restitution figure, and how much is attributable to each individual defendant.

Additionally, the Government should respond to Defendant's arguments that (1) he should be held responsible only for the loss attributable to his own acts and (2) Amazon sold some of the overshipped products and loss should thus be diminished based on such sales.

Defendant may submit a response to the Government's letter no later than June 12, 2024. Defendant's letter to the Court should also explain, with relevant records:

- how he calculated his assertion that Amazon sold $18,318,174.29 of the overshipped products, and

- how he calculated the alleged loss amount of $1,223,135.73.

SO ORDERED.

Dated:    May 29, 2024
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge