# SHER TREMONTE LLP

May 29, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. Rabbi Yossi Bryski is free to speak at Mr. Abraham's sentence, scheduled for June 18, 2024 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 30, 2024

Re:   *United States v. Yoel Abraham et al.*, 20 Cr. 411 (RA)

Dear Judge Abrams:

We represent Yoel Abraham in the above-referenced matter. Mr. Abraham is currently scheduled to be sentenced before Your Honor on May 31, 2024. ECF 171. We write in advance of his sentencing to respectfully request that Rabbi Yossi Bryski, of the Aleph Institute, be permitted an opportunity to speak briefly at Mr. Abraham's sentencing.

The Aleph Institute provides support and rehabilitation to individuals in the criminal justice system and is devoted to the development of effective alternative sentencing options. As discussed in our sentencing submission, since 2020, Mr. Abraham has been working closely with the Aleph Institute in a sustained rehabilitation program under the supervision of Rabbi Bryski. *See generally*, ECF 180-3. Rabbi Bryski is thus uniquely positioned to offer the Court insight into Mr. Abraham's efforts at rehabilitation and the support the Aleph Institute is willing to provide Mr. Abraham should the Court order mandated community service. Such information, we believe, will aid the Court in its consideration of a just sentence. We are advised that representatives of Aleph have spoken at other sentencings in this District and the Eastern District and can provide those case citations should the Court desire them.

Respectfully submitted,

*/s/ Justine Harris*

Noam Biale
Justine Harris

cc:   All counsel by ECF