# SHER TREMONTE LLP

June 4, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The
sentence is adjourned to June
20, 2024 at 3:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 5, 2024

**Re:**    *United States v. Yoel Abraham et al.*, 20 Cr. 411 (RA)

Dear Judge Abrams:

We represent Yoel Abraham. Mr. Abraham is currently scheduled to be sentenced before Your Honor on June 18, 2024. ECF 183. We write to request a modest adjournment of Mr. Abraham's sentencing.

We appreciate Your Honor permitting Rabbi Yossi Bryski the opportunity to speak at Mr. Abraham's sentencing. ECF 184. We have conferred with Rabbi Bryski regarding Mr. Abraham's adjourned sentencing date and, regrettably, he is not available on June 18, 2024. Accordingly, we respectfully request an adjournment of Mr. Abraham's sentencing to June 20, 2024, after 2:30 pm. We have conferred with the government and confirm that it does not oppose adjournment to this date.

We apologize for the inconvenience and appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Justine Harris*

Justine Harris
Noam Biale

cc:     All counsel by ECF