# SHER TREMONTE LLP

June 13, 2024

**BY ECF**

The Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
June 14, 2024

Re:   *United States v. Yoel Abraham et al.*, 20 Cr. 411 (RA)

Dear Judge Abrams:

As you know, we represent Yoel Abraham. We write to respectfully request a modest extension of the deadline to file Mr. Abraham's sentencing reply. When we asked for permission to file a reply by June 13, we did not remember that our client would be observing Shavuos, and would therefore be unavailable for consultation or to review the submission until after sundown tonight. Because we need additional time to finalize the letter, and for the client to review it, we respectfully request permission to file our reply tomorrow, Friday, June 14.

We thank the Court for its consideration and apologize for any inconvenience.

Respectfully submitted,

*/s/ Noam Biale*

Noam Biale  
Justine Harris

cc:   All counsel by ECF

90 Broad Street | 23rd Floor | New York, NY 10004  
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156