UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YOEL ABRAHAM,

Defendant.

---

20-CR-411 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In Defendant's sentencing letter dated June 14, 2024, he stated that he intended "to file a short letter to identify the remaining material objections to the PSR." *See* Dkt. 199. He shall do so no later than 10:00 a.m. tomorrow, June 18, 2024.

SO ORDERED.

Dated:    June 17, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge