UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOEL ABRAHAM, HESHL ABRAHAM, ZISHE ABRAHAM, and SHMUEL ABRAHAM,<br><br>Defendants. | 20-CR-411 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

With respect to Defendant Yoel Abraham, the Court requested further information from the parties and thus adjourned his sentencing. *See* Dkt. 203. To the extent any of the parties have already submitted their sentencing submissions but seek to submit a supplemental submission which they deem to be necessary, they may do so no later than July 9, 2024.

Accordingly, Defendants' sentencings are hereby adjourned as follows:

- Yoel Abraham: August 23, 2024 at 11:00 a.m.
- Zishe Abraham: August 27, 2024 at 10:00 a.m.
- Heshl Abraham: August 28, 2024 at 10:00 a.m.
- Shmuel Abraham: August 28, 2024 at 11:00 a.m.

SO ORDERED.

Dated:   June 25, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge