UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YOEL ABRAHAM,

Defendant.

---

20-CR-411 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In advance of sentencing, the Court advises the parties that it intends to refer the calculation of the restitution amount to a magistrate judge for a recommendation as to disposition after sentencing. *See* 18 U.S.C. § 3664(d)(6) ("The court may refer any issue arising in connection with a proposed order of restitution to a magistrate judge or special master for proposed findings of fact and recommendations as to disposition, subject to a de novo determination of the issue by the court."); *see also Dolan v. United States*, 560 U.S. 605, 608 (2010). With respect to forfeiture, although the Court intends to order forfeiture at sentencing, it is also inclined to refer the calculation of the forfeiture amount to a magistrate judge for a recommendation after sentencing. *See United States v. Papas*, 715 F. App'x 88, 90 (2d Cir. 2018) (holding that Federal Rule of Criminal Procedure 32.2 "permits a district court to withhold judgment on the amount of forfeiture owed by a defendant pending post-sentencing briefing and/or argument from the parties").

Should either party object, they shall notify the Court no later than Monday, August 26, 2024, with supporting case law.

SO ORDERED.

Dated:   August 22, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge