```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        -against-

Yoel Abraham,

        Defendant.

1:20-cr-00411 (RA) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

This action has been referred to the undersigned for a report and recommendation regarding the calculation of the amounts of restitution and forfeiture. (Order of Reference, ECF No. 227.) It is hereby Ordered that, no later than September 27, 2024, the parties shall file a joint letter setting forth a proposed briefing schedule with respect to these issues and any other proposed next steps in this action.

**SO ORDERED.**

Dated:     September 13, 2024
             New York, New York

                              */s/ Stewart D. Aaron*
                              **STEWART D. AARON**
                              **United States Magistrate Judge**