**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>YOEL ABRAHAM,<br><br>                    Defendant. | Case No. 20-CR-411 (RA)<br><br>[~~PROPOSED~~] ORDER EXONERATING BOND |

WHEREAS, on August 19, 2020, this Court ordered the release of Yoel Abraham on a $2,000,000 bond, to be co-signed by three financially responsible persons, and secured by $30,000 cash and Mr. Abraham's personal residence.

WHEREAS, Mr. Abraham was required under the conditions of his release to surrender his travel documents to Pretrial Services.

WHEREAS, Mr. Abraham has fully complied with the terms of this bond.

WHEREAS, on September 5, 2024, this Court sentenced Mr. Abraham to be imprisoned for a term of 30 months, followed by three years' supervised release.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Abraham, that Mr. Abraham's bond in this matter is hereby exonerated and released, and all suretors on Mr. Abraham's bond, including the real property posted as security for Mr. Abraham's bond, are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, upon application of counsel for Mr. Abraham, that the $30,000 cash posted to secure Mr. Abraham's bond be returned to Yoel Abraham via electronic fund transfer (EFT), and that Mr. Abraham will provide his banking information to the Clerk's Office to facilitate such transfer.

IT IS FURTHER ORDERED, upon application of counsel for Mr. Abraham, that Pretrial Services return Mr. Abraham's travel documents to him or, in the alternative, to his attorneys of record.

Dated: New York, New York
November 4, 2024

SO ORDERED

_____
The Honorable Ronnie Abrams
District Judge, United States District Court
Southern District of New York