**Necheles Law, LLP**

1120 Avenue of the Americas
New York, NY 10036

```
┌────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY  FILED       │
│ DOC #:_____ │
│ DATE FILED:__11/21/2024____ │
└────────────────────────────┘
```

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

November 5, 2024

<u>**Via ECF**</u>
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The parties' proposed schedule
is approved. SO ORDERED.
Dated: November 21, 2024

Re: *United States v. Yoel Abraham, et al*, 20-cr-00411-RA

Dear Judge Aaron:

I represent Shmuel Abraham and write on behalf of all four defendants, and with the consent of the Government, to jointly propose a briefing schedule as to the determination of the defendants' restitution obligations.

As you Honor knows, this case was referred to Your Honor for a determination of the restitution obligation of all four Abraham defendants. To that end, Your Honor previously ordered the Parties to propose a briefing scheduled. Dkt.# 240; 266. As we discussed in a previous letter, Dkt. #265, however, the Parties have begun discussing a possible resolution of this matter that may obviate the need for any further litigation. Those discussion are ongoing, and the Parties expect that they will be completed, with either a resolution or a decision to instead litigate this matter, within three weeks, or by December 13. The Parties' proposed briefing schedule thus incorporates these three weeks for continued negotiations into their proposed schedule, as well as various other obligations of counsel.

The Parties jointly propose the following deadlines:

- Jan. 24, 2025: Government's Opening Brief is Due;
- March 7: Defendants' Opposition are Due; and
- March 28: Government's Reply is Due.

Respectfully,

/s/

Gedalia M. Stern