USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2025

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 3, 2025

**By ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: April 3, 2025

Re:   *United States v. Yoel Abraham et al.,* 20 Cr. 411 (RA)

Dear Judge Aaron:

    The Government respectfully writes to request a one-week extension of its deadline to file a reply in connection with restitution and forfeiture as to defendant Yoel Abraham, from April 4, 2025 to April 11, 2025. The Government has conferred with counsel for Mr. Abraham, who has no objection to this request.

                            Respectfully submitted,

                            MATTHEW PODOLSKY
                            Acting United States Attorney

            By:   /s/
                  Jerry Fang
                  Assistant United States Attorney
                  Southern District of New York
                  (212) 637-2584

cc: Counsel of Record (by ECF)