**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America,<br><br>            -against-<br><br>Yoel Abraham,<br><br>                        Defendant. | 1:20-cr-00411 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Defendant's request that the conference scheduled for November 19, 2025 at 2:00 p.m. be held in person rather than by telephone (*see* Def.'s 11/7/25 Ltr., ECF No. 315, at 2) is GRANTED. The scheduled conference shall be held in Courtroom 11C, 500 Pearl Street, New York, NY 10007.

Dated:     New York, New York
           November 10, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**