UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        -against-

Yoel Abraham,

        Defendant.

1:20-cr-00411 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following today's oral argument, it is hereby Ordered as follows:

1. No later than December 3, 2025, the Government shall file a supplemental submission regarding attorney's fees, not to exceed 3 pages (excluding exhibits), addressing Defendant's arguments.[1] The Government's submission also may address any additional points the Government wishes to raise following oral argument.

2. By the same date, Defendant may file a letter, not to exceed 3 pages (excluding exhibits), addressing any points Defendant wishes to raise following oral argument.

3. Any replies shall be filed no later than December 10, 2025.

Dated:    New York, New York
            November 19, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**

---

[1] If the Government determines that any of the redacted time entries are recoverable, it may deliver to the Court, no later than December 3, 2025, unredacted versions of such time entries for the Court's *in camera* review.