UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOEL ABRAHAM, HESHL ABRAHAM, ZISHE ABRAHAM, and SHMUEL ABRAHAM,<br><br>Defendants. | 20-CR-411 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

At the sentencings of Defendants Zishe Abraham, Shmuel Abraham, and Heshl Abraham, the Court ordered restitution but reserved judgment on the amount, referring the matters without objection to Magistrate Judge Aaron for a report and recommendation. The Government has since advised the Court that each of these three defendants agreed to a consent order of restitution, though none have been submitted to the Court. No later than December 9, 2025, the parties shall submit those orders to the Court, or an explanation for their failure to do so.

SO ORDERED.

Dated:    December 2, 2025
          New York, New York

Ronnie Abrams
United States District Judge