**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 3, 2026

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Yoel Abraham,* **20 Cr. 411 (RA)**

Dear Judge Abrams:

The Government respectfully writes on behalf of both parties to request a two-week extension of the parties' deadline to file objections to the Report & Recommendation issued by the Honorable Stewart D. Aaron, U.S. Magistrate Judge, on or about December 22, 2025. The parties are continuing to discuss a potential resolution of the forfeiture and restitution issues that this Court referred to Judge Aaron, which may obviate the need for additional litigation on these topics. The requested two-week extension of the current deadline to file objections (*i.e.*, from January 5, 2026 to January 20, 2026) would enable the Government to obtain the views of the victim, Amazon, and allow the parties to complete their discussions.

Respectfully submitted,

Application granted.

JAY CLAYTON
United States Attorney

SO ORDERED.

By: _____/s/_____.
Jerry Fang
Ronnie Abrams, U.S.D.J.
Assistant United States Attorney
January 5, 2026
Southern District of New York
(212) 637-2584

cc: Counsel of Record (by ECF)