**HARRIS TRZASKOMA**

January 14, 2026

**BY ECF**

Application granted.

SO ORDERED.

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

_____
Ronnie Abrams, U.S.D.J.
January 14, 2026

    **Re:**    *United States v. Yoel Abraham*, **20-CR-411 (RA) (SDA)**

Dear Judge Aaron:

    We represent Yoel Abraham and write jointly on behalf of Mr. Abraham and the government to request a one-week extension of the parties' deadline to file objections to the Report & Recommendation issued by the Honorable Stewart D. Aaron regarding the calculation of restitution and forfeiture. ECF No. 329.

    As noted by the government in its January 3, 2026 letter to the Court, ECF No. 332, the parties had been engaged in discussions regarding potential resolution of the restitution and forfeiture issues in the hope that no further litigation on these topics would be required. These discussions have, however, reached an impasse, and the parties each intend to submit objections to Judge Aaron's R&R. Accordingly, the parties jointly request a modest one-week extension of the current deadline to file objections—from January 20, 2026 to January 27, 2026—to enable each party to fully present their arguments to the Court.

    We appreciate the Court's continued attention to this matter.

Respectfully submitted,

*/s/ Justine A. Harris*

Justine A. Harris
Neesha Chhina

125 Broad Street, 10th Floor  |  New York, NY 10004  |  www.harristrz.com  |  tel: 212.970.6465