UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOEL ABRAHAM,<br><br>Defendant. | 20-CR-411 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that oral argument will be held on the parties' objections to Magistrate Judge Aaron's Report and Recommendation on November 4, 2026 at 3:30 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. In addition to the authorities referenced in the parties' submissions to the Court and to Magistrate Judge Aaron, the parties are instructed to be prepared to discuss *United States v. Kinrys*, No. 24-1592, 2026 WL 2823708, at *4 (1st Cir. Sept. 21, 2026).

SO ORDERED.

Dated: October 28, 2026
New York, New York

Ronnie Abrams
United States District Judge